# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 11-CIV-5545                                   Date Filed: _____

Plaintiff:
**CONCORD CAPITAL MANAGEMENT, LLC., f/k/a INSCAP MANAGEMENT, LLC.,**

vs.

Defendant:
**GARY BRECKA,**

For:
Robert Strassberg, Esquire
Strassberg & Strassberg, P.C.
57 West 38th Street
New York, NY 10018

Received by ATTORNEYS SUBPOENA SERVICE, INC. on the 11th day of August, 2011 at 10:49 am to be served on **GARY BRECKA, 28491 ALTESSA WAY, APARTMENT 202, BONITA SPRINGS, LEE County, FL 34135**.

I, Edward Modersohn, being duly sworn, depose and say that on the **20th day of August, 2011** at **10:45 am, I:**

**INDIVIDUALLY Served** the within named person with a true copy of this **Summons & Complaint** at their address of **222 BAREFOOT BEACH BOULEVARD, BONITA SPRINGS, LEE County, FL 34135** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Additional Information pertaining to this Service:**
THE INITIAL ADDRESS, LISTED ABOVE ON ALTESSA WAY, WAS DETERMINED TO BE VACANT. LOCATED AND SERVED AT A SECOND ADDRESS, AS INDICATED ABOVE.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the 20th Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. Notary not required pursuant to FS 92.525.

Subscribed and Sworn to before me on the the 2nd day of September, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Edward Modersohn
CPS# 157217

ATTORNEYS SUBPOENA SERVICE, INC.
2285 First Street
Fort Myers, FL 33901
(239) 337-3783

Our Job Serial Number: CPA-2011005643

NOTARY PUBLIC-STATE OF FLORIDA
Cheryl Parker Averill
Commission # EE114829
Expires: AUG. 03, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m