UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CONCORD CAPITAL MANAGEMENT, LLC
f/k/a InsCap Management, LLC,

                                  Plaintiff,

                -against-

GARY BRECKA,

                                  Defendant.
-----------------------------------------------------------------------x

10/10/2011

Case No:11 Civ. 5545 (DLC)

ORDER TO SHOW
CAUSE FOR DEFAULT
JUDGMENT

       Upon the affidavit of Robert Strassberg, sworn to October _6_, 2011 and the affidavit of service of Edward Modersohn sworn to August 20, 2011, and upon the copy of the complaint hereto annexed, it is

       ORDERED, that the above named defendants show cause before Judge Denise Cote in courtroom 11B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York on _November 2_, 2011 at ~~_ o'clock in the _~~ noon thereof, or as soon thereafter as counsel may be heard, why a judgment should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure; and it is further

       ORDERED, that service of a copy of this order and annexed affidavit upon the defendant by email at Gary.Brecka@traditionalgroup.com and regular mail at 222 Barefoot Beach Boulevard, Bonita Springs, Florida 3435 on or before _October 17_, 2011, shall be deemed good and sufficient service thereof.

Dated: New York, New York
Issued: _October 10, 2011_

                                                              _____
                                                              United States District Judge

{00074622.1}